*Form PL239 (03/22)*

# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | ) | |
|    City of Chester, Pennsylvania | ) | Case No. 22−13032−amc |
| | ) | |
| | ) | |
|    Debtor(s). | ) | Chapter: 9 |
| | ) | |
| | ) | Civil Case Number. |

### Transmission of Documents to the U.S. District Court

To Clerk of Court, U.S. District Court:

    We herewith transmit the following document(s) filed in the above matter(s), together with a copy of the docket entries:

☑ Certificate of appeal from order entered April 29,2026 by the Honorable Ashely M. Chan

Notice of appeal filing fee ☑ paid      ☐ not paid

☐ Designation of Record on Appeal Filed
☐ Designation of Record on Appeal Not Filed

☐ Supplemental certificate of appeal

☐ Motion for leave to appeal filed
☐ Answer to motion filed

☐ Proposed findings of fact and conclusions of law entered by the Honorable Ashely M. Chan
☐ Report and recommendation entered by the Honorable Ashely M. Chan
☐ Other

    Kindly acknowledge receipt on the copy of the letter provided.

Date: May 13, 2026

For The Court

Mohung Wong
Clerk of Court

_____

Received Above material or record tile this day: _____
Civil Action No. _____        Signature: _____
Miscellaneous No._____       Date: _____
Assigned to Judge _____